**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 07-cv-01182-REB

TEXAS GUARANTEED STUDENT LOAN CORPORATION,

      Plaintiff,

v.

GENTLE TOUCH CHIROPRACTIC CLINIC, LLC,

      Defendant.

---

**MINUTE ORDER[1]**

---

      The matter comes before the court on the **Second Request For Entry of Default** [#9], filed August 15, 2007.  The motion is **DENIED** as moot.  Default was entered against the defendant on August 31, 2007, [#10].

      Dated:  January 11, 2008

---

      [1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.